**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: V.M.C., A MINOR | : | No. 213 EAL 2017 |
| | : | |
| | : | |
| PETITION OF: A.P., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: V.M.C. , A MINOR | : | No. 214 EAL 2017 |
| | : | |
| | : | |
| PETITION OF: A.P., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.